UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
KAREEM NISBETT,

          Plaintiff,

          -against-

HOEK HOME LLC,

          Defendants.

------------------------------------------------------------x

22-CV-2120 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed Plaintiff's request for a 30-day adjournment of the initial case management conference, scheduled for June 9, 2022. (ECF 8). This request is **GRANTED**. The initial case management conference is adjourned to **July 12, 2022 at 3:30pm** in Courtroom 20D at 500 Pearl Street, New York, NY 10007. *See* ECF 6.

Plaintiff is directed to serve a copy of this Order on Defendant, and file proof of service on the docket. The Clerk of Court is respectfully directed to close ECF 8.

    **SO ORDERED.**

Dated: June 3, 2022
       New York, New York

                       *s/ Ona T. Wang*
                       **Ona T. Wang**
                       United States Magistrate Judge